```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

DEMETRA A. LAMBERT,            )
                               )
        Plaintiff,             )
                               )
    vs.                        )     No. 4:06-CV-1575 (CEJ)
                               )
MISSOURI DEPARTMENT OF         )
PUBLIC SAFETY, et al.,         )
                               )
        Defendants.            )

## MEMORANDUM & ORDER

The record in this case reflects that service of the summons and complaint was made by the United States Marshals Service on defendant Missouri Veterans Home. The process receipt and return shows that this defendant was personally served on March 7, 2007.

However, the process receipt and return documents pertaining to defendant Missouri Department of Public Safety are deficient in that the certification of the deputy marshal and the acknowledgment of receipt of the summons and complaint by mail have not been completed. With respect to the Missouri Veterans Commission, the certified mail receipt and the acknowledgment of receipt of the summons and complaint bear illegible signatures, without any indication that the signatory of either document was authorized to accept service on behalf of the Commission.

Because of the deficiencies described above, the Marshal will be directed to re-attempt service of the summons and complaint on defendants Missouri Department of Public Safety and Missouri Veterans Commission.

The time allowed for service under Fed. R. Civ. P. 4(m) has expired. However, the Court finds that good cause exists to extend the time period in order to effect service on the defendants who were not properly served.

Accordingly,

**IT IS HEREBY ORDERED** that the United States Marshal shall, not later than **July 13, 2007**, cause service of the summons and complaint on defendants Missouri Department of Public Safety and Missouri Veterans Commission pursuant to Fed. R. Civ. P. 4.

**IT IS FURTHER ORDERED** that the time allowed under Fed. R. Civ. P. 4(m) for service on defendants Missouri Department of Public Safety and Missouri Veterans Commission is extended to **July 13, 2007.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2007.